**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

James Thomas Hawthorne                              Case No. 8:05-bk-05037-CPM
Robin Michele Hawthorne
AKA: Robin Grynbal
Debtor(s)
_____/

---

**TRUSTEE'S FINAL REPORT AND ACCOUNTING**

---

Jon M. Waage, Chapter 13 Standing Trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that this estate has been fully administered. A Trustee's Final Report has been filed and proper disbursements completed. No funds or assets of the estate remain.

Therefore, pursuant to FRBP 5009, the Trustee requests that this final account be accepted, and that the Court order the case closed and discharge the Trustee of any further duties.

Dated January 10, 2007.

/s/ Jon M. Waage
Jon M. Waage
Chapter 13 Standing Trustee
P.O. Box 25001
Bradenton, FL  34206-5001
Phone (941) 747-4644
Fax (941) 750-9266

JMW/lc

# United States Bankruptcy Court
## FOR THE
## Middle District of Florida

IN RE:   James Thomas Hawthorne & Robin Michele Hawthorne         CASE No. 05-05037-8C3
         31134 Chatterly Drive
         Wesley Chapel, FL  33543

## FINAL REPORT AND ACCOUNT
DATED:  01/10/2007
Discharged Paid Out

Pursuant to Chapter 13 Rule 2015(a)(6), your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.  Copies of these detailed records have been filed with the Court, or are attached hereto, and as provided by Chapter 13 Rule 2015(a)(6) are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.         $37,168.67

| Claim Number | Creditor's Name | Classification | Amount Allowed | Amount Paid Principal | Amount Paid Interest | Balance Due |
|---|---|---|---|---|---|---|
| 001 | Chase Bank, USA, NA | Unsecured | 1,631.61 | 1,631.61 | 0.00 | 0.00 |
| 002 | Huntington National Bank | Secured | 12,000.00 | 0.00 | 0.00 | 12,000.00 |
| 002 | Huntington National Bank | Unsecured | 3,600.00 | 0.00 | 0.00 | 3,600.00 |
| 003 | Huntington Bank | Secured | 16,500.00 | 9,593.74 | 547.97 | 6,358.29 |
| 003 | Huntington Bank | Unsecured | 4,831.03 | 4,831.03 | 0.00 | 0.00 |
| 004 | FDS Bank/Macy's | Unsecured | 92.02 | 92.02 | 0.00 | 0.00 |
| 005 | World Financial Network National Bank | Unsecured | 228.70 | 228.70 | 0.00 | 0.00 |
| 006 | Target National Bank | Unsecured | 1,640.69 | 1,640.69 | 0.00 | 0.00 |
| 007 | Irwin Home Equity | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | Sherman Acquisition L.L.C. | Unsecured | 1,278.56 | 1,278.56 | 0.00 | 0.00 |
| 009 | eCast Settlement Corporation | Unsecured | 7,427.02 | 7,427.02 | 0.00 | 0.00 |
| 010 | eCast Settlement Corporation | Unsecured | 378.48 | 378.48 | 0.00 | 0.00 |
| 011 | eCast Settlement Corporation | Unsecured | 123.14 | 123.14 | 0.00 | 0.00 |
| 012 | eCast Settlement Corporation | Unsecured | 620.96 | 620.96 | 0.00 | 0.00 |
| 013 | eCast Settlement Corporation | Unsecured | 985.97 | 985.97 | 0.00 | 0.00 |
| 014 | eCast Settlement Corporation | Unsecured | 340.92 | 340.92 | 0.00 | 0.00 |
| 015 | eCast Settlement Corporation | Unsecured | 269.89 | 269.89 | 0.00 | 0.00 |
| 016 | eCast Settlement Corporation | Unsecured | 355.19 | 355.19 | 0.00 | 0.00 |
| 017 | eCast Settlement Corporation | Unsecured | 548.11 | 548.11 | 0.00 | 0.00 |
| 018 | eCast Settlement Corporation | Unsecured | 333.62 | 333.62 | 0.00 | 0.00 |
| 019 | HSBC Retail Services, Inc. | Secured | 500.00 | 500.00 | 13.62 | -13.62 |
| 019 | HSBC Retail Services, Inc. | Unsecured | 1,304.02 | 1,304.02 | 0.00 | 0.00 |
| 511 | Jamie K. Proctor, Esq. | Legal | 200.00 | 200.00 | 0.00 | 0.00 |
| 512 | Jamie K. Proctor, Esq. | Legal | 800.00 | 800.00 | 0.00 | 0.00 |
| 998 | James Thomas Hawthorne | Debtor Refund | 0.00 | 621.01 | 0.00 | 0.00 |
| 999 | James Thomas Hawthorne | Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |

                                              Interest              $561.59
                                              Trustee Commission    $2,502.40
Attorney              : Jamie K. Proctor, Esq.  Total Disbursements   $37,168.67
Date Filed            : 3/21/2005
Date Confirmed        : 2/15/2006
Date Terminated       : 01/10/2007
Percent Paid Unsecured : 28.04

                                    /s/ Jon M. Waage
                                    TRUSTEE

Case Status Report
Tampa Division Jon M. Waage, Chapter 13 Standing Trustee
Status of Case as of    01/10/2007   01:21 PM
Discharged Paid Out on 01/10/2007 - Final Rpt
Page   1
Chapter 13

**05-05037-8-C**

James Thomas Hawthorne
Robin Michele Hawthorne
31134 Chatterly Drive

Wesley Chapel FL 33543

Debtor Type:

Atty: Jamie K. Proctor, Esq.
(813)353-9646
Discharged Paid Out
Emplyr:

**39 Rmng of 60 Mos.**
Percent Pay Uns        36.2027
SSN: xxx-xx-9823   xxx-xx-2690
Debtor Plan Payment: $621.00 / M

----- Last 6 Payments -----

| | | | | | | |
|---|---|---|---|---|---|---|
| Filed | 03/21/2005 | | 8/23/2006 | $28,566.00 | 5/15/2006 | $621.00 |
| First Mtg | 04/26/2005 | | 7/27/2006 | $621.00 | 4/11/2006 | $500.00 |
| Confirmed | 02/15/2006 | | 6/15/2006 | $621.00 | 4/11/2006 | $121.00 |
| Plan Filed | | | | | | |
| Start Pmts | 05/01/2005 | | | | | |
| Bar Date | 07/25/2008 | | | | | |

Total Paid In          $37,168.67

**Graduated Payment Plan**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Months | 1 | Thru | 7 | $67.00 | Per Month = | $469.00 |
| Months | 8 | Thru | 8 | $4,894.67 | Per Month = | $4,894.67 |
| Months | 9 | Thru | 10 | $67.00 | Per Month = | $134.00 |
| Months | 11 | Thru | 60 | $621.00 | Per Month = | $31,050.00 |

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chase Bank, USA, NA | CHASE/CIRC | | 001-0 | 10/18/2006 | Uns | | | 75 | $1,631.61 | $1,631.61 | $4,506.88 | | $0.00 36.20 |
| Huntington National Bank | HUNTING.NB | | 002-0 | | Sec | | | 20 | $12,000.00 | | $12,000.00 | | Contingnt |
| Huntington National Bank | HUNTING.NB | | 002-1 | | Uns | | | 75 | $3,600.00 | | $18,000.00 | | Contingnt |
| Huntington Bank | HUNTING.BA | | 003-0 | 10/18/2006 | Sec | 7.50 | | 19 | $16,500.00 | $9,593.74 | $16,500.00 $6,906.26 | $547.97 | $0.00 |
| Huntington Bank | HUNTING.BA | | 003-1 | 10/18/2006 | Uns | | | 75 | $4,831.03 | $4,831.03 | $13,344.41 | | $0.00 36.20 |
| FDS Bank/Macy's | FDS MACYS | | 004-0 | 10/18/2006 | Uns | | | 75 | $92.02 | $92.02 | $254.17 | | $0.00 36.20 |
| World Financial Network Nation | WORLDKANE | | 005-0 | 10/18/2006 | Uns | | | 75 | $228.70 | $228.70 | $631.73 | | $0.00 36.20 |
| Target National Bank | TARGET2101 | | 006-0 | 10/18/2006 | Uns | | | 75 | $1,640.69 | $1,640.69 | $4,531.96 | | $0.00 36.20 |
| Irwin Home Equity | IRWIN HOME | | 007-0 | | Sec A | | | 20 | $0.00 | | $34,975.00 | | Not Filed |
| Sherman Acquisition L.L.C. | SHERMANACQ | | 008-0 | 10/18/2006 | Uns | | | 75 | $1,278.56 | $1,278.56 | $3,531.67 | | $0.00 36.20 |
| eCast Settlement Corporation | ECAST | | 009-0 | 10/18/2006 | Uns | | | 75 | $7,427.02 | $7,427.02 | $20,515.11 | | $0.00 36.20 |
| eCast Settlement Corporation | ECAST | | 010-0 | 10/18/2006 | Uns | | | 75 | $378.48 | $378.48 | $1,045.45 | | $0.00 36.20 |
| eCast Settlement Corporation | ECAST | | 011-0 | 10/18/2006 | Uns | | | 75 | $123.14 | $123.14 | $340.13 | | $0.00 36.20 |
| eCast Settlement Corporation | ECAST | | 012-0 | 10/18/2006 | Uns | | | 75 | $620.96 | $620.96 | $1,715.24 | | $0.00 36.20 |
| eCast Settlement Corporation | ECAST | | 013-0 | 10/18/2006 | Uns | | | 75 | $985.97 | $985.97 | $2,723.48 | | $0.00 36.20 |
| eCast Settlement Corporation | ECAST | | 014-0 | 10/18/2006 | Uns | | | 75 | $340.92 | $340.92 | $941.71 | | $0.00 36.20 |
| eCast Settlement Corporation | ECAST | | 015-0 | 10/18/2006 | Uns | | | 75 | $269.89 | $269.89 | $745.51 | | $0.00 36.20 |
| eCast Settlement Corporation | ECAST2 | | 016-0 | 10/18/2006 | Uns | | | 75 | $355.19 | $355.19 | $981.12 | | $0.00 36.20 |
| eCast Settlement Corporation | ECAST | | 017-0 | 10/18/2006 | Uns | | | 75 | $548.11 | $548.11 | $1,514.00 | | $0.00 36.20 |
| eCast Settlement Corporation | ECAST | | 018-0 | 10/18/2006 | Uns | | | 75 | $333.62 | $333.62 | $921.54 | | $0.00 36.20 |
| HSBC Retail Services, Inc. | HSBC 1200 | | 019-0 | 10/18/2006 | Sec | 7.50 | | 20 | $500.00 | $500.00 | $500.00 | $13.62 | $0.00 |
| HSBC Retail Services, Inc. | HSBC 1200 | | 019-1 | 10/18/2006 | Uns | | | 75 | $1,304.02 | $1,304.02 | $3,602.00 | | $0.00 36.20 |
| Jamie K. Proctor, Esq. | PROCTOR,J. | | 511-0 | 2/23/2006 | Lgl | | | 05 | $200.00 | $200.00 | $1,500.00 | | $0.00 |
| Jamie K. Proctor, Esq. | PROCTOR,J. | | 512-0 | 10/18/2006 | Lgl | | | 06 | $800.00 | $800.00 | $2,300.00 | | $0.00 |
| | | | 998-0 | 10/18/2006 | Rfd X | | | 89 | $0.00 | $621.01 | | | $0.00 |

Continued on Next Page

Case Status Report
Tampa Division Jon M. Waage, Chapter 13 Standing Trustee
Status of Case as of    01/10/2007   01:21 PM
Discharged Paid Out on 01/10/2007 - Final Rpt

Page   2
Chapter 13

05-05037-8-C

James Thomas Hawthorne
Robin Michele Hawthorne

**39 Rmng of 60 Mos.**
Percent Pay Uns    36.2027

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 999-0 | | Rfd X | | | 89 | $0.00 | | | | $0.00 |
| Jon M. Waage, Trustee Commissi TRSJMW | | | TRS-0 | 10/18/2006 | Tru | | | 00 | $2,502.40 | $2,502.40 | | | $0.00 |

|  | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $42,892.33 | $36,607.08 | $561.59 |
| | | | | | | | | Amount Available | $0.00 |
| Total Debt | $17,000.00 | $0.00 | $22,389.93 | $0.00 | $1,000.00 | $0.00 | $0.00 | Funds Held | $0.00 |
| Total Paid | $10,093.74 | $0.00 | $22,389.93 | $0.00 | $1,000.00 | $0.00 | $3,123.41 | Principal Balance | $0.00 |
| Total Int Pd | $561.59 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | |
| Balance Due | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | ($621.01) | Delinquent | $0.00 |

| Entered | Action | Clm Code | ---- Case Notes ---- |
|---|---|---|---|
| 10/25/06 | | | Discharge Date: 10/20/06-cf |
| 10/19/06 | 10/19/06 | TM | Notice of Completion submitted 10/19/2006 |
| 10/12/06 | | | Case reviewed for completion |
| 08/23/06 | | | **CASE PUT ON HOLD FOR 30 DAYS DUE TO P/O REC'D OF $28,566-8/23/06-LC |
| 08/22/06 | | | Rec'd $28566.00 in lockbox non-processed 8/22/06-dll |
| 07/10/06 | 07/07/06 | | Sent payoff letter |
| 07/07/06 | | | Case audited for payoff = $28,566.00 (debtor refinance) |
| 03/03/06 | | | debtor mailing payment 3-4-06 - lwl |
| 02/21/06 | | | Transferred $ 5,497.67 to Confirmed Money on 2/21/2006 |
| 02/15/06 | | | (Last 24 payments may increase to pay uns. min 20%) |
| 12/09/05 | | | rec'd lumpsum amount of $4827.67 from PI claim 12-9-05 |
| 11/03/05 | | | per O/granting PI settlement sub 11/2/05 (D's to turnover $4,827.67 to plan) |
| 11/02/05 | | | Sub. Order Modifying Order Granting PI Settlement |
| 09/19/05 | | | PER ORDER GRANTING M/TO APPROVE PI CLAIM, DEBTOR IS TO TURN OVER $9,655.33 |
| 09/19/05 | | | PLUS COPIES OF SETTLEMENT CHECKS |
| 09/12/05 | | | M/ for approval of personal injury settlement 9/26/2005 @ 3:00 |
| 05/27/05 | | | M/ val. collateral 6/27/2005 @ 11:00 |
| 04/13/05 | 04/13/05 | PC | PCO submitted |

Case Status Report - Receipts History

Status as of     1/10/2007

Page   3
Chapter 13

**05-05037-C**

| | | | |
|---|---|---|---|
| James Thomas Hawthorne | Robin Michele Hawthorne | | |
| 31134 Chatterly Drive | | | |
| | Atty: Jamie K. Proctor, Esq. | 39 Rmng of 60 Mos. | |
| Wesley Chapel FL 33543 | Discharged Paid Out | Payment: $621.00 Per M | |
| First Pmt Date 05/01/2005 | Delinquent $0.00 | | |

Graduated Payment Plan

| | | | | | | |
|---|---|---|---|---|---|---|
| Months | 1 | Thru | 7 | $67.00 | Per Month = | $469.00 |
| Months | 8 | Thru | 8 | $4,894.67 | Per Month = | $4,894.67 |
| Months | 9 | Thru | 10 | $67.00 | Per Month = | $134.00 |
| Months | 11 | Thru | 60 | $621.00 | Per Month = | $31,050.00 |

| Check | Batch Id | Date | Amount Paid | Src | Type | Description | Employer |
|---|---|---|---|---|---|---|---|
| 21531127 | 06080033 | 8/23/2006 | $28,566.00 | LP | Large Payment | Amount out of range, Please Verify | |
| 13000173 | 06070029 | 7/27/2006 | $621.00 | RP | Regular Payment | | |
| 39799321 | 06060019 | 6/15/2006 | $621.00 | RP | Regular Payment | | |
| 61007156 | 06050015 | 5/15/2006 | $621.00 | RP | Regular Payment | | |
| 55041215 | 06040012 | 4/11/2006 | $500.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 55041215 | 06040012 | 4/11/2006 | $121.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 26575687 | 06030011 | 3/9/2006 | $621.00 | RP | Regular Payment | | |
| 83819141 | 06020007 | 2/7/2006 | $67.00 | RP | Regular Payment | | |
| 26579737 | 06010009 | 1/9/2006 | $67.00 | RP | Regular Payment | | |
| 2357 | 05120018 | 12/9/2005 | $4,827.67 | RP | Regular Payment | lumpsum | |
| 82569834 | 05120014 | 12/7/2005 | $67.00 | RP | Regular Payment | | |
| 54361422 | 05110015 | 11/10/2005 | $67.00 | RP | Regular Payment | | |
| 42606688 | 05100025 | 10/18/2005 | $67.00 | RP | Regular Payment | | |
| 42606673 | 05090003 | 9/6/2005 | $67.00 | RP | Regular Payment | | |
| 54232458 | 05080014 | 8/10/2005 | $67.00 | RP | Regular Payment | | |
| 42487089 | 05070007 | 7/7/2005 | $67.00 | RP | Regular Payment | | |
| 54082518 | 05060009 | 6/8/2005 | $67.00 | RP | Regular Payment | | |
| 80478402 | 05050018 | 5/9/2005 | $67.00 | RP | Regular Payment | | |

Total            $37,168.67

Case Status Report - Disburse History

Status as of 1/10/2007

Page 4
Chapter 13

| 05-05037-C | James Thomas Hawthorne<br>31134 Chatterly Drive<br>Wesley Chapel FL 33543 | Robin Michele Hawthorne<br>Atty: Jamie K. Proctor, Esq.<br>Discharged Paid Out |
|---|---|---|

| Clm Num | Date | Name | Check# | Principal | Int Pd | Total Paid | R | Type | |
|---|---|---|---|---|---|---|---|---|---|
| 001- 0 | 10/18/2006 | Chase Bank, USA, NA | 479807 | $1,631.61<br>$1,631.61 | $0.00<br>$0.00 | $1,631.61<br>$1,631.61 | Y | | |
| 003- 0 | 10/18/2006 | Huntington Bank | 479961 | $2,999.97 | $37.50 | $3,037.47 | Y | | |
| 003- 0 | 8/23/2006 | Huntington Bank | 475631 | $373.87 | $128.50 | $502.37 | Y | | |
| 003- 0 | 6/20/2006 | Huntington Bank | 471026 | $332.62 | $66.33 | $398.95 | Y | | |
| 003- 0 | 5/23/2006 | Huntington Bank | 468745 | $330.55 | $68.40 | $398.95 | Y | | |
| 003- 0 | 4/25/2006 | Huntington Bank | 466374 | $328.50 | $70.45 | $398.95 | Y | | |
| 003- 0 | 3/21/2006 | Huntington Bank | 464053 | $514.73 | $73.67 | $588.40 | Y | | |
| 003- 0 | 2/23/2006 | Huntington Bank | 461803 | $4,713.50<br>$9,593.74 | $103.12<br>$547.97 | $4,816.62<br>$10,141.71 | Y | | |
| 003- 1 | 10/18/2006 | Huntington Bank | 479961 | $4,831.03<br>$4,831.03 | $0.00<br>$0.00 | $4,831.03<br>$4,831.03 | Y | | |
| 004- 0 | 10/18/2006 | FDS Bank/Macy's | 479913 | $92.02<br>$92.02 | $0.00<br>$0.00 | $92.02<br>$92.02 | Y | | |
| 005- 0 | 10/18/2006 | World Financial Network National Bank | 480097 | $228.70<br>$228.70 | $0.00<br>$0.00 | $228.70<br>$228.70 | Y | | |
| 006- 0 | 10/18/2006 | Target National Bank | 480064 | $1,640.69<br>$1,640.69 | $0.00<br>$0.00 | $1,640.69<br>$1,640.69 | Y | | |
| 008- 0 | 10/18/2006 | Sherman Acquisition L.L.C. | 480052 | $1,278.56<br>$1,278.56 | $0.00<br>$0.00 | $1,278.56<br>$1,278.56 | Y | | |
| 009- 0 | 10/18/2006 | eCast Settlement Corporation | 479901 | $7,427.02<br>$7,427.02 | $0.00<br>$0.00 | $7,427.02<br>$7,427.02 | Y | | |
| 010- 0 | 10/18/2006 | eCast Settlement Corporation | 479901 | $378.48<br>$378.48 | $0.00<br>$0.00 | $378.48<br>$378.48 | Y | | |
| 011- 0 | 10/18/2006 | eCast Settlement Corporation | 479901 | $123.14<br>$123.14 | $0.00<br>$0.00 | $123.14<br>$123.14 | Y | | |
| 012- 0 | 10/18/2006 | eCast Settlement Corporation | 479901 | $620.96<br>$620.96 | $0.00<br>$0.00 | $620.96<br>$620.96 | Y | | |
| 013- 0 | 10/18/2006 | eCast Settlement Corporation | 479901 | $985.97<br>$985.97 | $0.00<br>$0.00 | $985.97<br>$985.97 | Y | | |
| 014- 0 | 10/18/2006 | eCast Settlement Corporation | 479901 | $340.92<br>$340.92 | $0.00<br>$0.00 | $340.92<br>$340.92 | Y | | |
| 015- 0 | 10/18/2006 | eCast Settlement Corporation | 479901 | $269.89<br>$269.89 | $0.00<br>$0.00 | $269.89<br>$269.89 | Y | | |
| 016- 0 | 10/18/2006 | eCast Settlement Corporation | 479902 | $355.19<br>$355.19 | $0.00<br>$0.00 | $355.19<br>$355.19 | Y | | |
| 017- 0 | 10/18/2006 | eCast Settlement Corporation | 479901 | $548.11<br>$548.11 | $0.00<br>$0.00 | $548.11<br>$548.11 | Y | | |
| 018- 0 | 10/18/2006 | eCast Settlement Corporation | 479901 | $333.62<br>$333.62 | $0.00<br>$0.00 | $333.62<br>$333.62 | Y | | |
| 019- 0 | 10/18/2006 | HSBC Retail Services, Inc. | 479958 | $80.80 | $0.50 | $81.30 | Y | | |
| 019- 0 | 9/15/2006 | HSBC Retail Services, Inc. | 466358 | ($130.09) | ($9.36) | ($139.45) | Y | Void | |
| 019- 0 | 9/15/2006 | HSBC Retail Services, Inc. | 478066 | $130.09 | $9.36 | $139.45 | Y | | |
| 019- 0 | 6/20/2006 | HSBC Retail Services, Inc. | 471007 | $151.97 | $1.45 | $153.42 | Y | | |
| 019- 0 | 5/23/2006 | HSBC Retail Services, Inc. | 468727 | $137.14 | $2.31 | $139.45 | Y | | |
| 019- 0 | 4/25/2006 | HSBC Retail Services, Inc. | 466358 | $130.09<br>$500.00 | $9.36<br>$13.62 | $139.45<br>$513.62 | Y | | |
| 019- 1 | 10/18/2006 | HSBC Retail Services, Inc. | 479958 | $1,304.02 | $0.00 | $1,304.02 | Y | | |

Case Status Report - Disburse History

Status as of 1/10/2007

Page 5
Chapter 13

05-05037-C  James Thomas Hawthorne  
31134 Chatterly Drive  
Wesley Chapel FL 33543

Robin Michele Hawthorne

Atty: Jamie K. Proctor, Esq.  
Discharged Paid Out

| Clm Num | Date | Name | Check# | Principal | Int Pd | Total Paid | R | Type |
|---|---|---|---|---|---|---|---|---|
| | | | | $1,304.02 | $0.00 | $1,304.02 | | |
| 511- 0 | 2/23/2006 | Jamie K. Proctor, Esq. | 462225 | $200.00 | $0.00 | $200.00 | Y | |
| | | | | $200.00 | $0.00 | $200.00 | | |
| 512- 0 | 10/18/2006 | Jamie K. Proctor, Esq. | 480033 | $550.00 | $0.00 | $550.00 | Y | |
| 512- 0 | 8/23/2006 | Jamie K. Proctor, Esq. | 476042 | $100.00 | $0.00 | $100.00 | Y | |
| 512- 0 | 6/20/2006 | Jamie K. Proctor, Esq. | 471400 | $50.00 | $0.00 | $50.00 | Y | |
| 512- 0 | 5/23/2006 | Jamie K. Proctor, Esq. | 469144 | $50.00 | $0.00 | $50.00 | Y | |
| 512- 0 | 4/25/2006 | Jamie K. Proctor, Esq. | 466813 | $50.00 | $0.00 | $50.00 | Y | |
| | | | | $800.00 | $0.00 | $800.00 | | |
| 998- 0 | 10/18/2006 | James Thomas Hawthorne | 479873 | $621.01 | $0.00 | $621.01 | Y | |
| | | | | $621.01 | $0.00 | $621.01 | | |
| TRS- 0 | 10/18/2006 | Jon M. Waage, Trustee Commission | 480068 | $1,886.29 | $0.00 | $1,886.29 | Y | |
| TRS- 0 | 8/23/2006 | Jon M. Waage, Trustee Commission | 476307 | $18.63 | $0.00 | $18.63 | Y | |
| TRS- 0 | 6/20/2006 | Jon M. Waage, Trustee Commission | 471656 | $18.63 | $0.00 | $18.63 | Y | |
| TRS- 0 | 5/23/2006 | Jon M. Waage, Trustee Commission | 469399 | $32.60 | $0.00 | $32.60 | Y | |
| TRS- 0 | 4/25/2006 | Jon M. Waage, Trustee Commission | 467092 | $32.60 | $0.00 | $32.60 | Y | |
| TRS- 0 | 3/21/2006 | Jon M. Waage, Trustee Commission | 464696 | $32.60 | $0.00 | $32.60 | Y | |
| TRS- 0 | 2/23/2006 | Jon M. Waage, Trustee Commission | 462497 | $481.05 | $0.00 | $481.05 | Y | |
| | | | | $2,502.40 | $0.00 | $2,502.40 | | |
| | | Grand Total | | $36,607.08 | $561.59 | $37,168.67 | | |